UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 12 B 06483
CHAPTER 13

Zarema Arbieva

JUDGE TIMOTHY A BARNES

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Bank Of America N A

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8 | XXXX COC | $4,125.32 | $4,125.32 | $4,125.32 |
| Total Amount Paid by Trustee | | | | $4,125.32 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit    **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12 B 06483

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of March, 2017.

Zarema Arbieva, 336 N Austin Blvd Unit 1, Oak Park, IL  60302

ELECTRONIC SERVICE - David Freydin Ltd, 8707 Skokie Blvd Ste 305, Skokie, IL  60077

Bank Of America N A, P O Box 660933, Dallas, TX  75266-0933

ELECTRONIC SERVICE - United States Trustee

Date:  March 20, 2017　　　　　　　　　　　　　　　　/s/ Marilyn O Marshall  
　　　　　　　　　　　　　　　　　　　　　　　　　　Marilyn O Marshall  
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee  
　　　　　　　　　　　　　　　　　　　　　　　　　　224 S Michigan Ave  
　　　　　　　　　　　　　　　　　　　　　　　　　　Ste 800  
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604